## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:18-cr-2 |
| | ) | |
| v. | ) | District Judge Harry S. Mattice |
| | ) | |
| BRIAN DEUINN MOODY, III | ) | Magistrate Judge Christopher H. Steger |

## <u>ORDER</u>

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 13] recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one count Information; (2) adjudicate Defendant guilty of knowingly accessing and attempting to access material that contains child pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B); and (3) order that Defendant remain out of custody subject to the Order Setting Conditions of Release [Doc. 12] until sentencing in this matter or further order of this Court. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 13] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of knowingly accessing and attempting to access material that contains child pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B); and

3. Defendant **SHALL REMAIN** out of custody subject to the Order Setting Conditions of Release [Doc. 12] until further order of this Court or sentencing in this matter which is scheduled to take place on **May 14, 2018, at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE